■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CLEMENTE, Appellant. [65 NYS3d 698]—

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered January 10, 2017, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of one year, unanimously affirmed.

Following our in camera review of unredacted search warrant documents, we find that there was probable cause for the issuance of the warrant. A reliable confidential informant personally made two controlled buys, and this information was verified by the police who supervised the buys (*see e.g. People v Jaen*, 140 AD3d 594 [1st Dept 2016], *lv denied* 28 NY3d 931 [2016]). The informant's account of the buys was detailed, and the information was not stale. Concur—Acosta, P.J., Richter, Mazzarelli, Andrias and Gesmer, JJ.